UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM STANCIL,<br>    Petitioner,<br><br> v.<br><br>COMMONWEALTH OF PA;<br>THE ATTORNEY GENERAL OF<br>THE STATE OF PENNSYLVANIA; and<br>THE DISTRICT ATTORNEY OF<br>PHILADELPHIA COUNTY;<br>    Respondents. | :<br>:<br>:<br>: No. 2:21-cv-05471<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## **O R D E R**

**AND NOW**, this 17th day of January, 2023, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation, ECF No. 10, is **ADOPTED**;

2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED and DENIED**.

3. There is no basis for the issuance of a certificate of appealability.

4. This action is **CLOSED**.

               BY THE COURT:


               */s/ Joseph F. Leeson, Jr.*_____
               JOSEPH F. LEESON, JR.
               United States District Judge